An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IVY MARY RASMUSSEN,
                                Appellant,
                    vs.
THE STATE OF NEVADA,
                                Respondent.

No. 67679

**FILED**

MAY 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a non-final judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, it appears that the order is not a final, appealable order because it did not include the amount and terms of the restitution in the judgment of conviction. NRS 176.105(1)(c); *Slaatte v. State,* 129 Nev. Adv. Op. No. 23, 298 P.3d 1170, 1171 (2013); *Whitehead v. State*, 128 Nev. Adv. Op. No. 24, 285 P.3d 1053 (2012). We are confident that, upon determining restitution, the district court will award restitution in certain terms and do so in an amended, final judgment of conviction, at which point appellant will need to file a new notice of appeal to challenge the

15-13295

judgment of conviction. But, as no final appealable judgment has been entered below at this point, we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:  Hon. Stefany Miley, District Judge
     Law Office of Kristina Wildeveld
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]In light of this order, we will take no action on the motion submitted on April 10, 2015. The clerk of this court shall reject the motion received on April 10, 2015, and the addendum received on April 14, 2015.